UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:                           CASE NO. 17-60418 - JWC

Tammy Tarril Jackson,                       CHAPTER 13

　　　　　Debtor.

---

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**TO: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Tammy Tarril Jackson, the Debtor, has filed a proposed Modification to the confirmed Plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on <u>March 7, 2018</u>. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
　　　　　　　　　　　Room 1340, United States Courthouse
　　　　　　　　　　　Richard B. Russell Building
　　　　　　　　　　　75 Ted Turner Drive, SW
　　　　　　　　　　　Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

　　　　You must also serve a copy on the undersigned at the address stated below and on the Debtor at:
**Tammy Tarril Jackson
1156 Timberlake Court
Riverdale, GA 30296**

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **April 10, 2018, at 2:30 p.m.** in **Courtroom 1203**, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: March 7, 2018

                                        Respectfully submitted,
                                        King & King Law LLC

                                        By: /S/
                                        Alaina Joseph, Attorney for Debtor
                                        Georgia Bar Number 940583
                                        215 Pryor Street
                                        Atlanta, GA 30303
                                        404-524-6400
                                        notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 17-60418 - JWC |
| Tammy Tarril Jackson, | CHAPTER 13 |
| Debtor. | |

**POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR ITS APPROVAL**

Tammy Tarril Jackson, Debtor, proposes to modify the confirmed Chapter 13 Plan in this case as set forth below and requests that this Modification be approved.

**MODIFICATION OF PLAN**

Tammy Tarril Jackson, Debtor, hereby modifies the Chapter 13 Plan, which the Court confirmed on September 18, 2017.

**I.**

**In an effort not to exceed sixty (60) months, Debtor hereby modifies Paragraph 2 of her confirmed Chapter 13 Plan. Said Modification shall not increase the confirmed plan base, as follows:**

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$635.00** ~~$550.00~~ per month to Trustee by [X] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of **sixty (60) months**, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

[electronic signature page to follow]

Dated: March 7, 2018

          Respectfully submitted,
          King & King Law LLC

          By: _____/S/_____
          Alaina Joseph, Attorney for Debtor
          Georgia Bar Number 940583
          215 Pryor Street
          Atlanta, GA 30303
          404-524-6400
          notices@kingkingllc.com

Case 17-60418-jwc    Doc 45    Filed 03/09/18    Entered 03/09/18 15:01:43    Desc Main
Document      Page 4 of 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:            CASE NO. 17-60418 - A998

Tammy Tarril Jackson,         CHAPTER 13

Debtor.

---

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Tammy Tarril Jackson, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.

Date: 3/7/2018

Signed: _____
Tammy Tarril Jackson

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:                           CASE NO. 17-60418 - JWC

Tammy Tarril Jackson,                       CHAPTER 13

      Debtor.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I am more than eighteen years of age, and that on this day I served the following parties, along with those on the attached mailing matrix, with a copy of the within Modification of Confirmed Plan by placing true copies of same in the United States Mail, unless otherwise noted, with adequate postage affixed to ensure delivery, addressed to:

Tammy Tarril Jackson
1156 Timberlake Court
Riverdale, GA 30296

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Av, Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303; Via E-notice
**Via e mail: ecf@njwtrustee.com**

Dated: March 7, 2018

Respectfully submitted,
King & King Law LLC

By:_____/S/_____
Alaina Joseph, Attorney for Debtor
Georgia Bar Number 940583
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-60418-a998<br>Northern District of Georgia<br>Atlanta<br>Mon Feb 26 12:53:22 EST 2018 | AES/EDUCAID<br>POB 61047<br>Harrisburg, PA 17106-1047 | AT&T<br>P.O. Box 949070<br>Maitland, FL 32794 |
| AT&T CORP<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ 07921-2693 | Alex Coleman<br>1156 Timberlake Court<br>Riverdale, GA 30296-1231 |
| Aaron R Anglin<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 | BANK OF AMERICA NA<br>4909 SAVARESE CIRCLE FL1-908-01-47<br>Tampa, FL 33634-2413 | Comcast<br>P.O. Box 196<br>Newark, NJ 07101-0196 |
| DIRECT TV CORPORATION<br>c/o REGISTERED AGENTS, LTD.<br>1013 CENTRE RD STE 403-A<br>Wilmington, DE 19805-1270 | DITECH FINANCIAL LLC<br>PO BOX 6172<br>Rapid City, SD 57709-6172 | DIVERSIFIED CONSULTNTS<br>P O BOX 551268<br>Jacksonville, FL 32255-1268 |
| DirectTV<br>Allied Interstate<br>PO Box 361373<br>Columbus, OH 43236 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | ECMC<br>PO BOX 16408<br>ST PAUL, MN 55116-0408 |
| ENHANCED RECOVERY COMPAN<br>PO BOX 57547<br>Jacksonville, FL 32241-7547 | FEDLOAN SERVICING<br>POB 60610<br>Harrisburg, PA 17106-0610 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Tammy Tarril Jackson<br>1156 Timberlake Court<br>Riverdale, GA 30296-1231 | Karen King<br>King & King Law LLC<br>215 Pryor Street, S.W.<br>Atlanta, GA 30303-3748 |
| MACYS DEPARTMENT STORES<br>PO BOX 8218<br>MASON, OH 45040-8218 | McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | McCalla Raymer Leibert Pierce, LLC<br>P.O. BOX 9030<br>Temecula, CA 92589-9030 |
| Ciro A. Mestres<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | PIEDMONT PLUS FEDERAL CREDIT UNION<br>1968 Peachtree Road NW<br>Atlanta, GA 30309-1281 | ROOMS TO GO<br>1000 MACARTHUR BV<br>Mahwah, NJ 07430-2035 |
| SPRINGLEAF FINANCIAL SRV<br>PO BOX 1694<br>Jonesboro, GA 30237-1694 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 |

| | | |
|---|---|---|
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | US DEPT OF EDUCATION<br>PO BOX 5609<br>Greenville, TX 75403-5609 | WELLS FARGO EFS<br>PO BOX 5185<br>Sioux Falls, SD 57117-5185 |
| WELLS FARGO HOME MORTGAG<br>PO BOX 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank, N.A.<br>Wells Fargo Education Financial Services<br>PO Box 10438, Mac F8235-02F<br>Des Moines, IA 50306-0438 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd NE Suite 910
Atlanta, GA 30345

Springleaf Financial Services
f/k/a AMERICAN GEN. FINANCIAL SERVICES
1500 Mount Zion Road
Suite 103
Morrow, GA 30260

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DITECH FINANCIAL LLC,

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36