Fill in this information to identify the case:

Debtor 1: Tammy Tarril Jackson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 17-60418-JWC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 1 2 8 0

Property address:
1156 Timberlake Court
Number    Street

_____

Riverdale, GA 30296
City    State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/01/2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1 __Tammy Tarril Jackson__    Case number (if known) __17-60418-JWC__
       First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_    Date __03/18/2021__

Print __RAYMOND  VALDERRAMA JR__    Title __ASST VICE PRESIDENT__
      First Name  Middle Name  Last Name

Company __BSI FINANCIAL SERVICES__

If different from the notice address listed on the proof of claim to which this response applies:

Address _____
        Number    Street

        _____
        City              State    ZIP Code

Contact phone (_____) _____-_____    Email _____

Form 4100R    Response to Notice of Final Cure Payment    page 2

## CERTIFICATE OF SERVICE

      This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Karen King, Esq.
Attorney for Debtor
Via Electronic Notice

Tammy Tarril Jackson
1156 Timberlake Court
Riverdale, GA 30296

      This 19th day of March, 2021.

                                        /s/ Marc E. Ripps
                                        Marc E. Ripps
                                        Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com